IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EUGENE JONES

VS.                                        CIVIL ACTION NO. 1:08CV256-DAS

MICHAEL J. ASTRUE,
Commissioner of Social Security

## **ORDER**

This matter is before the court on motion of the plaintiff to dismiss without prejudice.

There is no objection to the motion, and after considering it, the court finds it to be well taken.

IT IS, THEREFORE, ORDERED that the plaintiff's motion to dismiss (# 18) is hereby

GRANTED. The present action is hereby dismissed without prejudice.

SO ORDERED, this the 26th day of May, 2009.


/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE